Aaron Rocke
ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
aaron@rockelaw.com
(206) 652-8670
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY FRANETT-FERGUS, an individual,<br><br>          Plaintiff,<br><br>  vs.<br><br>K12 MANAGEMENT INC., a foreign corporation, K12 VIRTUAL SCHOOLS L.L.C., a foreign corporation; and K12 INC., a foreign corporation; K12 WASHINGTON L.L.C., a foreign corporation; OMAK SCHOOL DISTRICT 19, a public school,<br><br>          Defendants. | Case No.: 15-cv-00242<br><br>FIRST AMENDED COMPLAINT<br><br>(JURY PREVIOUSLY DEMANDED) |

Plaintiff Kimberly Fergus complains and avers as follows:

## I.   PARTIES, JURISDICTION, AND VENUE

1.1   <u>Status of Plaintiff</u>.  Plaintiff Kimberly Franett-Fergus is an individual, who at all times material hereto resided in Washington State.

1.2   <u>Status of Defendant K12 Management Inc.</u>  K12 Virtual Schools L.L.C is a wholly owned subsidiary of K12 Inc. formed in the state of Delaware.

FIRST AMENDED
COMPLAINT – 1

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

Upon information and belief, it transacts business in Okanogan County, WA and may have had a role in the employment of, the management of, or decisions related to the job position in question.

1.3    Status of Defendant K12 Virtual Schools L.L.C.  K12 Virtual Schools L.L.C a wholly owned subsidiary of K12 Inc. formed in the state of Delaware. Upon information and belief, it transacts business in Okanogan County, WA and may have had a role in the employment of, the management of, or decisions related to the job position in question.

1.4    Status of Defendant K12 Inc.  K12 Inc. is a foreign corporation formed in the state of Delaware. Upon information and belief, it transacts business in Okanogan County, WA. Upon information and belief, it was an employer for the job position in question.  Upon further information and belief, it is the parent corporation of the K12 entity that operates as the "Washington Virtual Academy at Omak".

1.5    Status of Defendant K12 Washington L.L.C.  K12 Washington L.L.C.  is a foreign corporation formed in the state of Delaware. Upon information and belief, it transacts business in Okanogan County, WA. Upon further information and belief, it was an employer for the job position in question.

FIRST AMENDED
COMPLAINT – 2

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

1.6   <u>Omak School District 19</u>. Omak School District 19 is a public school district maintained at public expense under Article IX of the state Constitution. Upon information and belief, it was an employer for the job position in question.

1.7   <u>Jurisdiction</u>.  This court has jurisdiction over all parties and subject matter in this complaint.

1.8   <u>Venue</u>.  Venue is proper in Okanogan County because the activities which give rise to these allegations took place in Okanogan County, Washington.

## II.   FACTS

2.1   Ms. Franett-Fergus is an experienced math educator and a National Board Certified Teacher for Early Adolescent Math.

2.2   Ms. Franett-Fergus spent several years of her career teaching students full-time via virtual and internet schools in the state of Washington. During the remaining years she taught online part-time during the school year or during summer, and spent one year teaching hybrid online/in person courses at an alternative school.

2.3   Ms. Franett-Fergus previously worked for Washington Virtual Academies.

2.4   In September 2013, Ms. Franett-Fergus applied for a teacher position available in conjunction with the Washington Virtual Academy at Omak and

FIRST AMENDED
COMPLAINT – 3

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

Omak School District. This position was substantially similar to her previous teaching position with Washington Virtual Academies.

2.5    Ms. Franett-Fergus interviewed for the position. She was qualified for the job in question. She was the best qualified applicant.

2.6    A committee of individuals from more than one of the defendants participated in job interviews and deliberated. The product of that deliberation was unlawful discrimination.

2.7    The person hired for the position was less qualified for the job than Ms. Franett-Fergus.

2.8    The person hired for the position was apparently of Islamic faith and national origin or race of those consistent with an Arabic or Persian heritage.

2.9    Ms. Franett-Fergus is not of Islamic faith and neither Arabic nor Persian.

2.10    The group conducting interviews consisted of individuals from both the government and a private entity. The group recommended the government hire the less qualified person based upon illegal criterion/criteria. The government followed that recommendation. These individuals were acting under color of law.

2.11    The job position in question has two, joint employers, including the government, and for a position traditionally and in this case exclusively fulfilled by government. The employers are acting under color of state law.

FIRST AMENDED
COMPLAINT – 4

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

2.12   A tort claim against Omak School District was timely and properly presented to its agent more than 60 days prior to commencement of this civil action. The tort claim form and its presentation complies or substantially complies with any legal prerequisite to this civil action.

2.13   In the alternative to 2.12, Omak School District failed to comply with RCW 4.96.020 and therefore cannot raise it as a defense.

### III.   CAUSES OF ACTION

**A. Violation of Washington Law Against Discrimination.**

3.1   Ms. Franett-Fergus was a qualified candidate for the position given her past history as an on-line and virtual teacher, as well as her previous employment with Washington Virtual Academy.

3.2   Ms. Franett-Fergus was not hired for the position because the defendants improperly awarded the position to a less qualified candidate because of that candidate's religion, race, and/or national origin.

3.3   Ms. Franett-Fergus asserts on information and belief that the other candidate was hired due to the candidate's Islamic faith and/or national origin or race.

3.4   The actions of the defendants were a violation of the Washington Law Against Discrimination. Plaintiff sustained damages in an amount to be proven at trial.

FIRST AMENDED
COMPLAINT – 5

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

### B. Violation of Title VII - Discrimination.

3.5     Ms. Franett-Fergus was a qualified candidate for the position given her past history as an on-line and virtual teacher, as well as her previous employment with Washington Virtual Academy.

3.6     Ms. Franett-Fergus was not hired for the position because the defendants improperly awarded the position to a less qualified candidate because of that candidate's religion, race, and/or national origin.

3.7     Ms. Franett-Fergus asserts on information and belief that the other candidate was hired due to the candidate's Islamic faith and/or national origin or race.

3.8     The unlawful practices complained of in the above paragraphs were done with malice or with reckless indifference to Plaintiff's rights as protected by federal and state laws.

3.9     The actions of the defendants were a violation of 42 U.S. Code § 2000e et seq. Plaintiff sustained damages in an amount to be proven at trial.

### C. Conspiracy and Action in Concert

3.10    Defendants conspired and acted in concert with an unlawful motive or through unlawful means to injure Ms. Franett-Fergus.

FIRST AMENDED
COMPLAINT – 6

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

### D. Conspiracy in Violation of 42 U.S.C. §1985(3)

3.11    Defendants conspired to deprive Ms. Franett-Fergus of employment in violation of 42 U.S.C. §1985(3).

3.12    The purpose of Defendants' conspiracy was to deprive Ms. Franett-Fergus of equal protection afforded to her by law.

3.13    The Defendants' collaborated and conspired to deny Fergus employment in favor of another applicant on the basis of race, religion and/or national origin in violation of Washington State law.

3.14    Ms. Franett-Fergus sustained damages a result of Defendants' conspiracy to deprive her of employment on the basis of race and national origin in an amount to be proved at trial.

### D. Violation of 42 U.S.C. § 1981

3.15    Defendants deprived Ms. Franett-Fergus of employment based on impermissible and illegal criteria in violation of 42 U.S.C. § 1981.

3.16    Ms. Franett-Fergus was denied employment by Defendants on the basis of race.

3.17    Defendants hired a less qualified applicant for the purpose of increasing diversity because the other applicant was of Middle Eastern descent and Ms. Franett-Fergus is not.

FIRST AMENDED
COMPLAINT – 7

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

3.18 The Defendants made their hiring decision with the purposeful intent of increasing diversity and purposefully did not hire Ms. Franett-Fergus because of her race or a characteristic so closely aligned that it amounts to race discrimination.

3.19 As a result of Defendants' actions, Ms. Franett-Fergus has sustained damages in an amount to be proved at trial.

## IV.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

(1) Compensatory damages, including tax consequences and front pay;

(2) Punitive damages;

(3) Attorney's fees and costs;

(4) Injunctive relief prohibiting defendants from using illegal criteria in employment decisions; requiring training and reporting of compliance; employment of plaintiff;

(5) Joint and several liability; and

//

//

FIRST AMENDED
COMPLAINT – 8

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

(6) For such other and further relief as the Court may deem just and proper.

Dated this 11th day of December, 2015.

                    ROCKE | LAW Group, PLLC

                    s/ Aaron V. Rocke
                    Aaron V. Rocke, WSBA #31525
                    Attorney for Plaintiff
                    101 Yesler Way, Suite 603
                    Seattle, WA 98104
                    aaron@rockelaw.com
                    (206) 652-8670

# DECLARATION OF SERVICE

I sent a copy of the foregoing First Amended Complaint to the following in the manner indicated:

**Via ECF to:**

Keith Kemper, WSBA #19438
Abigail St. Hilaire, WSBA #48194
Michelle Riel, WSBA #42090
Ellis, Li & McKinstry, PLLC
2025 First Ave, Penthouse A
Seattle, WA 98121-3125
kkemper@elmlaw.com
asthilaire@elmlaw.com
mriel@elmlaw.com

James E. Baker, WSBA # 9459
Jerry Moberg & Associates, P.S.
124 3rd Ave SW
P.O. Box 130
Ephrata, WA 98823
jbaker@jmlawps.com

on today's date.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my belief.

Signed and DATED this 11th day of December, 2015 in Seattle, Washington.

s/ Sarah Borsic
Sarah Borsic, Legal Assistant

FIRST AMENDED
COMPLAINT – 10

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670