| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF WASHINGTON |

| | |
|---|---|
| KIMBERLY FRANETT-FERGUS, and individual,<br><br>   Plaintiff,<br><br>   v.<br><br>K12 MANAGEMENT INC., a foreign corporation, K12 VIRTUAL SCHOOLS L.L.C., a foreign corporation; and K12 INC., a foreign corporation; K12 WASHINGTON L.L.C., a foreign corporation; OMAK SCHOOL DISTRICT 19, a public school,<br><br>   Defendants. | NO:  2:15-CV-0242-TOR<br><br>ORDER APPROVING STIPULATED PROTECTIVE ORDER |

BEFORE THE COURT is the Motion to Consider Parties' Stipulated Protective Order (ECF No. 12).  The Court reviewed the stipulation and the file therein and is fully informed.  **IT IS ORDERED:**

The Parties' Stipulated Protective Order (ECF No. 12-1) is **APPROVED** and shall govern this proceeding.

ORDER APPROVING STIPULATED PROTECTIVE ORDER ~ 1

1  The District Court Clerk is directed to enter this Order and provide copies to
2  counsel.
3   **DATED** March 4, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER APPROVING STIPULATED PROTECTIVE ORDER ~ 2