# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2016

SEAN F. McAVOY, CLERK

KIMBERLY FRANETT-FERGUS, an individual, )
*Plaintiff* )
v. ) Civil Action No.  2:15-CV-0242-TOR
)
)
OMAK SCHOOL DISTRICT 19, a public school; et al )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant Omak School District's Motion for Summary Judgment (ECF No. 14) is GRANTED.
K12's Motion for Summary Judgment (ECF No. 16) is GRANTED.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge  THOMAS O. RICE  on motions for summary judgment.


Date:  June 30, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez